```
                                              FILED
                                           August 22, 2008
                                      CLERK, US DISTRICT COURT
                                       EASTERN DISTRICT OF
                                           CALIFORNIA
                                           DEPUTY CLERK
```

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,    )
                             )   Case No. CR. S-08-0386 EJG
         Plaintiff,          )
v.                           )   ORDER FOR RELEASE OF
                             )   PERSON IN CUSTODY
JOHN RICHARD CHAVEZ,         )
                             )
         Defendant.          )

TO:     UNITED STATES MARSHAL:

This is to authorize and direct you to release JOHN RICHARD CHAVEZ , Case No. CR. S-08-0386 EJG , Charge Title 18 USC § 2252 , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___   Release on Personal Recognizance

_X_   Bail Posted in the Sum of $ 100,000.00 partially secured by property to be posted within 2 weeks

_X_   Unsecured Appearance Bond securing all until property & then applying to remainder of $100,000 not secured

___   Appearance Bond with 10% Deposit by property

___   Appearance Bond with Surety

___   Corporate Surety Bail Bond

_X_   (Other) Pretrial Services Supervision of Conditions of release

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on August 22, 2008 at 3:10 pm.

By _Dale A. Drozd_
Dale A. Drozd
United States Magistrate Judge