McGREGOR W. SCOTT
United States Attorney
KYLE REARDON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,         )<br>                                   )<br>          Plaintiff,              )<br>                                   )<br>     v.                            )<br>                                   )<br> JOHN RICHARD CHAVEZ,              )<br>                                   )<br>          Defendant.               )<br> _____ ) | CR. S-08-0386 EJG<br><br>STIPULATION AND ORDER<br>CONTINUING STATUS CONFERENCE<br><br>Time: 10:00 am<br>Date: Friday, November 14, 2008<br>Court: Hon. Edward J. Garcia |

The parties request that the status conference currently set for Friday, November 14, 2008, at 10:00 a.m., be continued to Friday, December 12, 2008, at 10:00 a.m., and stipulate that the time beginning November 14, 2008, and extending through December 12, 2008, should be excluded from the calculation of time under the Speedy Trial Act.  18 U.S.C. § 3161.

Discovery in this child pornography prosecution includes a substantial amount of evidence pulled from the defendant's computer.  Due to the nature of the case, defense counsel need additional time to prepare and to review the evidence with her client.

1

Accordingly, the parties believe that the continuance should be excluded from the calculation of time under the Speedy Trial Act. The additional time is necessary to ensure effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(8)(B)(iv); Local Code T4. The interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

Respectfully Submitted,

McGREGOR W. SCOTT
United States Attorney

DATED: November 12, 2008    By:    */s/ Kyle Reardon*
                                                KYLE REARDON
                                                Assistant U.S. Attorney

DATED: November 12, 2008    By:    */s/ Kyle Reardon* for
                                                PATRICIA CAMPI
                                                Attorney for the Defendant

**ORDER**

The status conference in case number S-08-0386 EJG currently set for Friday, November 14, 2008, at 10:00 a.m., is continued to Friday, December 12, 2008, at 10:00 a.m., and the time beginning November 14, 2008, and extending through December 12, 2008, is excluded from the calculation of time under the Speedy Trial Act in accordance with 18 U.S.C. § 3161 and Local Code T4.

IT IS SO ORDERED this 12th day of November, 2008.

/s/ Edward J. Garcia
U. S. DISTRICT JUDGE

2