1  LAWRENCE G. BROWN
   Acting United States Attorney
2  KYLE REARDON
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. CR. S-08-0386 EJG |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND ORDER |
|  | ) | CONTINUING STATUS CONFERENCE |
| v. | ) |  |
|  | ) | DATE: February 6, 2009 |
| JOHN RICHARD CHAVEZ, | ) | TIME: 10:00 a.m. |
|  | ) | CTRM: Hon. Edward J. Garcia |
| Defendant. | ) |  |
|  | ) |  |

The parties request that the status conference currently set for Friday, February 6, 2009, at 10:00 a.m., be continued to Friday, March 6, 2009, at 10:00 a.m., and stipulate that the time beginning February 6, 2009, and extending through March 6, 2009, should be excluded from the calculation of time under the Speedy Trial Act.  18 U.S.C. § 3161.

Due to the hospitalization and subsequent convalescence of defense counsel, both parties respectfully request to continue this matter to March 6, 2009, at 10:00 a.m.

Accordingly, the parties believe that the continuance should be excluded from the calculation of time under the Speedy Trial Act. The additional time is necessary to ensure continuity of counsel and

1

effective preparation.  18 U.S.C. § 3161(h)(8)(B)(iv); Local Code T4. The interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

                                             Respectfully submitted,

                                             LAWRENCE G. BROWN
                                             Acting United States Attorney

DATED: February 3, 2009       By:  */s/ Kyle Reardon*
                                                 KYLE REARDON
                                               Assistant U.S. Attorney

DATED: February 3, 2009       By:  */s/ Kyle Reardon for*
                                               PATRICIA CAMPI
                                             Attorney for Defendant

_____
**ORDER**

    The status conference in case number CR. S-08-0386 EJG currently set for Friday, February 6, 2009, at 10:00 a.m., is continued to Friday, March 6, 2009, at 10:00 a.m., and the time beginning February 6, 2009, and extending through March 6, 2009, is excluded from the calculation of time under the Speedy Trial Act in accordance with 18 U.S.C. § 3161 and Local Code T4.

    IT IS SO ORDERED.

DATED: February 3, 2009

                                          /s/ Edward J. Garcia
                                          HONORABLE EDWARD J. GARCIA
                                          UNITED STATES DISTRICT COURT JUDGE