1  LAWRENCE G. BROWN
   Acting United States Attorney
2  KYLE REARDON
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2700

5

6

7

8            IN THE UNITED STATES DISTRICT COURT FOR THE

9                  EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,     )   2:08-cr-00386-EJG
                                 )
12         Plaintiff,             )   PRELIMINARY ORDER OF
                                 )   FORFEITURE
13    v.                          )
                                 )
14 JOHN RICHARD CHAVEZ,          )
                                 )
15         Defendant.             )
   _____)
16

17     Based upon the plea agreement entered into between plaintiff

18 United States of America and defendant John Richard Chavez it is

19 hereby

20     ORDERED, ADJUDGED AND DECREED as follows:

21     1.  Pursuant to 18 U.S.C. § 2253, defendant John Richard

22 Chavez's interest in the following property shall be condemned

23 and forfeited to the United States of America, to be disposed of

24 according to law:

25         a)   One Gateway GM5688E tower, S/N: XBG8321005698;

26         b)   One Western Digital 320 Gigabyte Hard Drive
                (WCAT10314906);
27
           c)   One eMachines tower, S/N: XRS5410022655;
28 ///

|   |   |   |
|---|---|---|
| 1 | d) | One Hitachi Deskstar, 164.7 Gigabyte Hard Drive (CDET1T6D); and |
| 2 | | |
| 3 | e) | One HP Pavilion 6470z, S/N: US91052902. |

2. The above-listed property constitutes property containing visual depictions of minors engaged in sexually explicit conduct which was received or distributed through interstate or foreign commerce and/or was mailed, shipped or transported in violation of 18 U.S.C. § 2252(a)(2), all in violation of 18 U.S.C. § 2253.

3. Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize the above-listed property. The aforementioned property shall be seized and held by the United States, in its secure custody and control.

4. a. Pursuant to 18 U.S.C. § 2253(b), incorporating 21 U.S.C. § 853(n), and Local Rule 83-171, the United States shall publish notice of the order of forfeiture. Notice of this Order and notice of the Attorney General's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least 30 consecutive days on the official internet government forfeiture site www.forfeiture.gov. The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

b. This notice shall state that any person, other than the defendant, asserting a legal interest in the above-listed property, must file a petition with the Court within sixty

(60) days from the first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or within thirty (30) days from receipt of direct written notice, whichever is earlier.

5. If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. § 2253 in which all interests will be addressed.

SO ORDERED this <u>9th</u> day of April, 2009.


                                        <u>/s/ Edward J. Garcia</u>
                                        EDWARD J. GARCIA
                                        United States District Judge