PATRICIA ANN CAMPI (SBN 153480)
ATTORNEY AT LAW
Post Office Box 805
Roseville, California 95661
Telephone (916) 718-8006

Attorney for Defendant, JOHN RICHARD CHAVEZ

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:08-CR-0386 EJG |
| Plaintiff, | |
| vs. | **STIPULATION TO MODIFY ORDER RE SECURED BOND; SUPPORTING DECLARATION OF PATRICIA ANN CAMPI, ESQ.; ORDER THEREON** |
| JOHN RICHARD CHAVEZ, | |
| Defendant. | |

TO THE ABOVE-ENTITLED HONORABLE COURT AND ALL INTERESTED PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

The parties hereby stipulate and agree to allow for modification of the Court's Order regarding securing of the bond in the above-captioned cause. Specifically, the parties agree to allow the bond to remain unsecured through the pendency of this action based upon on the facts stated in the attached Declaration of Patricia Ann Campi.

/ / /

/ / /

- 1 -

SO STIPULATED AND AGREED.

DATED:  May 8, 2009                    PATRICIA ANN CAMPI
                                       ATTORNEY AT LAW

                              BY:      __/s/ Patricia A. Campi___
                                       PATRICIA ANN CAMPI
                                       Attorney for Defendant,
                                       JOHN RICHARD CHAVEZ

DATED: May __, 2009                    McGREGOR W. SCOTT
                                       United States Attorney


                              BY:      __/s/ Kyle Reardon____
                                       KYLE REARDON
                                       Assistant U.S. Attorney

# DECLARATION OF PATRICIA ANN CAMPI

I, Patricia Ann Campi, declare:

1. I am an attorney licensed to practice law before all courts in the State of California, including this Honorable Court. I am the attorney of record for JOHN RICHARD CHAVEZ, Defendant herein. The facts stated herein are of my own personal knowledge except as to those facts stated on information and belief and as to those facts I believe them to be true.

2. On August 22, 2008, Defendant came before Magistrate Judge Dale A. Drozd for arraignment. Defendant was represented by Attorney Bruce Nelson who made a special appearance on my behalf. Based upon information I have since received, a not guilty plea was entered, the issue of detention was addressed and the Court ordered Defendant released upon a $100,000 unsecured bond which was to be secured by the posting of his mother's property within two weeks. Defendant's mother, Linda Chavez signed the Unsecured Appearance Bond on August 22, 2008 and it was duly filed with the Court on the same day.

3. After several months of negotiations between U.S. Attorney Kyle Reardon and myself, a plea agreement was reached and Defendant entered a plea of guilty to Count I in accordance with the terms of the agreement on March 9, 2009. On March 30, 2009, Defendant and I appeared before Julie Fowler, U.S. Probation Officer, for a presentence interview. It was at that time it was first brought to our attention that the bond had never been secured. Thereafter, I immediately referred Defendant to a property bondsman who undertook to prepare the bond but who later informed me that the property which was intended to be used for security did not have sufficient equity. I subsequently spoke to Gina Fabian of Pretrial Services regarding the situation, and Ms. Fabian advised me that since Defendant had been in full compliance with all terms and conditions since his release, she would recommend that the bond remain unsecured.

4. On May 4, 2009, I e-mailed U.S. Attorney Kyle Reardon a message regarding the status of this matter, and based on the foregoing, advised him of our intention to seek a modification of the Court's order requiring the securing of the bond. Mr. Reardon responded with a message in which he indicated he would have no objection to modifying the conditions of release to an unsecured bond as long as probation agrees.

I declare under penalty of perjury pursuant to the laws of the United States of America that the foregoing is true and correct and that this declaration was executed this 8th day of May, 2009 at Auburn, California.

    __/s/ Patricia A. Campi_____

PATRICIA ANN CAMPI

**ORDER**

Pursuant to the parties' stipulation and for good cause shown, the Court modifies its Order of August 22, 2008 requiring the securing of the $100,000 appearance bond to allow for Defendant's continued release on conditions of the unsecured bond previously executed by Linda Chavez on August 22, 2008.

Dated: May 13, 2009

/s/ Gregory G. Hollows

_____

UNITED STATES MAGISTRATE JUDGE

Chavez.bond