1  LAWRENCE G. BROWN
   Acting United States Attorney
2  KYLE REARDON
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone:  (916) 554-2700



FILED

JUL 14 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:08-cr-00386-EJG |
| ) | |
| Plaintiff, ) | FINAL ORDER OF FORFEITURE |
| ) | |
| v. ) | |
| ) | |
| JOHN RICHARD CHAVEZ, ) | |
| ) | |
| Defendant. ) | |

WHEREAS, on or about April 10, 2009, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 2253, based upon the plea agreement entered into between plaintiff and defendant John Richard Chavez forfeiting to the United States the following property:

a)  One Gateway GM5688E tower, S/N: XBG8321005698;

b)  One Western Digital 320 Gigabyte Hard Drive (WCAT10314906);

c)  One eMachines tower, S/N: XRS5410022655;

d)  One Hitachi Deskstar, 164.7 Gigabyte Hard Drive (CDET1T6D); and

e)  One HP Pavilion 6470z, S/N: US91052902.

///

Final Order of Forfeiture              1

AND WHEREAS, beginning on April 28, 2009, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 2253, to be disposed of according to law, including all right, title, and interest of John Richard Chavez.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The United States shall maintain custody of and control over the subject property until it is disposed of according to law.

SO ORDERED THIS 13th day of July, 2009.

_____
EDWARD J. GARCIA
United States District Judge

Final Order of Forfeiture          2